STATE OF NEW JERSEY v. LAVERNE LATIMER.

September 24, 1984.

Petition for certification denied.

MYRON HOLLANDER v. HERITAGE MANOR TOWNHOUSES
AT WAYNE HOMEOWNERS ASSOCIATION.

September 24, 1984.

Petition for certification denied.

KEYES MARTIN & COMPANY v. DIRECTOR, DIVISION OF
PURCHASE AND PROPERTY, DEPARTMENT OF
TREASURY, STATE OF NEW JERSEY.

September 24, 1984.

Petition for certification granted.

BATES MARKETING ASSOCIATION, INC. v.
LLOYD'S ELECTRONICS, INC.

September 24, 1984.

The parties having stipulated to a dismissal of this matter, it
is ORDERED that the appeal is dismissed.